UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LASHAUN JONES-GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-299-KAC-JEM |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**

This case is before the Court on United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") entered on October 19, 2026 [Doc. 16]. On June 25, 2026, pro se Plaintiff Lashaun Jones-Gibson filed a Complaint [Doc. 2], seeking to bring a suit against the "United States of America" under 42 U.S.C. § 1983 for actions arising from his arrest and detention in a criminal matter [*See* Doc. 2 at 1, 3]. Plaintiff also filed a motion to proceed in forma pauperis [Doc. 1]. On October 19, 2026, Judge McCook issued the Report, granted Plaintiff's motion to proceed in forma pauperis, and recommended that the Court dismiss Plaintiff's Complaint for failure to state a claim [*See* Doc. 16 at 1]. Plaintiff has not objected to the Report. The deadline to do so has passed [*See* Doc. 16 at 4 n.3 (citations omitted) (noting that the Parties have fourteen (14) days to file any objections to the Report)]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

As the Report ably analyzed, Plaintiff's Complaint [Doc. 2] does not state a claim because "[t]he United States is not subject to suit under § 1983 because of sovereign immunity" [Doc. 16 at 4 (internal quotations and citations omitted)]. And liberally construed, any intended official-capacity claim against an "unnamed Judge" would also be barred by sovereign immunity on this

record [*Id.* at 4 n.1]. Accordingly, having reviewed the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 16] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) and **DISMISSES** Plaintiff's Complaint [Doc. 2] **without prejudice** under 28 U.S.C. § 1915(e)(2)(B). Further, the Court **CERTIFIES** that any appeal from this Order would not be taken in good faith and would be totally frivolous. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a). Therefore, should Plaintiff file a notice of appeal, he will be **DENIED** leave to appeal *in forma pauperis*. *See id.* An appropriate Judgment shall enter.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge